1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 3:12-CV-02730-VC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO HAVE CERTIFIED COURT REPORTER PRESENT TO RECORD MARCH 24, 2015 CASE MANAGEMENT CONFERENCE AS MODIFIED<br><br>Judge:　　Hon. Vince Chhabria<br><br>Complaint filed:　　May 29, 2012<br>FAC filed:　　　　　July 20, 2012<br>SAC filed:　　　　　November 30, 2012<br>TAC filed:　　　　　May 20, 2013<br>Corrected TAC filed:　June 21, 2013<br>4AC filed:　　　　　Jan. 3, 2014<br>5AC filed:　　　　　March 2, 2015 |

1  *Related cases*:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
2  Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
3  Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
4  Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
5  Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
6  Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
7  Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
8  Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
9  Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
10 Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
11 John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
12 Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:12-CV-02730-VC

[PROPOSED] ORDER GRANTING DEFTS'
MOTION TO HAVE COURT REPORTER
PRESENT AT MARCH 24 CMC

1     Having considered the papers and all pleadings on file and good cause appearing therefor,

2 IT IS HEREBY ORDERED that Defendants' Administrative Motion To Have Certified Court

3 Reporter Present To Record March 24, 2015 Case Management Conference is GRANTED as modified.

4

                FTR recording services

5 ☐ The Court will provide ~~a certified court reporter~~ at the Case Management Conference,

6    scheduled for March 24, 2015 at 1:30 p.m.

7

8

9 **IT IS SO ORDERED.**

10

11 Dated: March 20_____, 2015

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Vince Chhabria — United States District Court, Northern District of California]*

CASE NO. 3:12-CV-02730-VC     -1-     [PROPOSED] ORDER GRANTING DEFTS' MOTION TO HAVE COURT REPORTER PRESENT AT MARCH 24 CMC