# EXHIBIT A

*Johnson v. United Airlines 3:12–CV-02370-VC, and related cases*

COMPARISON OF SPECIAL ASSIGNMENTS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | SPECIAL ASSIGNMENT (as alleged in 5AC under Section 191, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTS. | JOHN | JOHNS. | JONES | MANS. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | System Integration, Chicago Flight Office, January-May 2012, given to RV Raskey | Chicago | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 2 | Change Management, Chicago Flight Office, January-March 2012, given to MR Harris | Chicago | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 3 | I-Pad Development, Chicago Flight Office, January-May 2012, given to JW Redman | Chicago | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 4 | System Integration and Management, Chicago Flight Office, January-April 2012, given to RC Keller | Chicago | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 5 | Human Factors and Change Reviews ("HFCR") Training, Denver Flight, January-March 2012, given to SC Hodges | Denver | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 6 | Change Management, San Francisco Flight Office, January-April 2012, given to SW Wright | San Francisco | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 7 | Sabre Training Instructor, Los Angeles Flight Office, February-May 2012, given to RA Milke | Los Angeles | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 8 | Sabre Training, LAX, March 2012, given to DL Dobias | Los Angeles | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 9 | Change Management, Washington D.C. Flight Office, March 2012, given to MB Covington | Washington D.C. | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 10 | Change Management, Washington D.C. Flight Office, March-May 2012, given to AF Trueba | Washington D.C. | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 11 | Change Management, Washington D.C. Flight Office, March and May 2012, given to KM Woods | Washington D.C. | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 12 | HFCR and Change Management, Denver Flight Office, March 2012, given to PD Purkey | Denver | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 13 | HFCR and Change Management, Denver Flight Office, March-April 2012, given to HA Loomis | Denver | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 14 | Change Management, San Francisco Flight Office, March 2012, given to CS Difeo | San Francisco | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |

EXHIBIT A, PAGE 28

Case 1:16-cv-01012-AJT-TCB   Document 15-1   Filed 04/02/15   Page 3 of 16 PageID# 309

*Johnson v. United Airlines 3:12-CV-02370-VC, and related cases*

COMPARISON OF SPECIAL ASSIGNMENTS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | SPECIAL ASSIGNMENT (as alleged in 5AC under Section 191, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTS. | JOHN | JOHNS. | JONES | MANS. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Change Management, Washington D.C. flight Office, April 2012, given to JS Barath | Washington D.C. | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 16 | HFCR, Los Angeles Flight Office, April 2012, given to LA Lee | Los Angeles | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 17 | System Integration, Chicago Flight Office, April 2012, given to RD Brunette | Chicago | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 18 | HFCR and Change Management, Denver Flight Office, April-May 2012, given to HE McVay | Denver | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 19 | Change Management, San Francisco Flight Office, April 2012, given to CS Difeo | San Francisco | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 20 | HFCR, San Francisco Flight Office, April 2012, given to Plaskon | San Francisco | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 21 | Human Factors Facilitator, LAX, April 2012, given to MS Swint | Los Angeles | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 22 | Human Factors Facilitator, SFO, April-October 2012, given to WH Sleeper | San Francisco | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 23 | Change Management, SFO, April-November 2012, SJ Corsello | San Francisco | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 24 | Human Factors Facilitator, SFO, April-October 2012, given to JE Rajacic | San Francisco | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 25 | Human Factors Facilitator, JFK, May 2012, given to A. Sierra | New York | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 26 | Sabre Training Instructor, Denver Flight Office, May 2012, given to RP Marty | Denver | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 27 | Sabre Training Instructor, Denver Flight Office, May 2012, given to RH Zimmerman | Denver | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 28 | Sabre Training Instructor, Denver Flight Office, May 2012, given to DW Moore | Denver | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 29 | Sabre Training Instructor, Los Angeles Flight Office, May 2012, given to Al Calder | Los Angeles | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 30 | Human Factors Training, LAX, May 2012, given to Harland | Los Angeles | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| 31 | I-Pad Development team, LAX, Jun 2012, given to Vince Krammer | Los Angeles | X | X | X | | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |

COMPARISON OF SPECIAL ASSIGNMENTS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | SPECIAL ASSIGNMENT (as alleged in 5AC under Section 191, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTS. | JOHN | JOHNS. | JONES | MANS. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Training Committee, Denver Flight Office, July 2012, given to HA Loomis | Denver | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 33 | Training Committee, Denver Flight Office, July 2012, given to SC Hodges | Denver | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 34 | Training Committee, Denver Flight Office, July 2012, given to SW Wright | Denver | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 35 | HFCR, SFO, September 2012, given to RL Aiken | San Francisco | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 36 | Training Instructor, SFO, September 2012, given to AW Cole | San Francisco | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 37 | Human Factors, SFO, September 2012, given to Flett | San Francisco | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 38 | Human Factors, SFO, September 2012, given to Martinez | San Francisco | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 39 | Human Factors, LAX, September 2012, given to Coles | Los Angeles | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 40 | Change Management, SFO, October 2012, given to BT Mead | San Francisco | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 41 | Change Management, SFO, October 2012, given to GJ Daley | San Francisco | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 42 | Training Instructor, Denver Flight Office, November 2012, given to DL Dobias | Denver | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 43 | I-Pad implementation, Chicago Flight Office, 2012, given to Ron Romine | Chicago | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 44 | Flight Manager, Chicago Office, May 2009, given to Andrew Allen | Chicago | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 45 | Flight Operations Supervisor, LAX, 2009-2010, given to Dave Honda | Los Angeles | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 46 | Acting Assistant Chief Pilot, LAX, 2009-2010, given to Steve Hoehner | Los Angeles | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 47 | Acting Assistant Chief Pilot, LAX, 2009-2010, given to Steve Bogert | Los Angeles | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 48 | Flight Operations Specialist, LAX, 2010-2011, given to Burt Race | Los Angeles | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |

COMPARISON OF SPECIAL ASSIGNMENTS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | SPECIAL ASSIGNMENT (as alleged in 5AC under Section 191, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTS. | JOHN | JOHNS. | JONES | MANS. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | Recruiting Pilots, Reno, NV, 2011, given to Sarah Bull | Reno | X | | | | | | | | | | | | | | | | | | X | | | |
| 50 | Leadership Development Program, World Headquarters Chicago IL, November 2012, given to Angela Urbina | Chicago | | | | X | | | | | | | | | X | | | | | | | | | |
| 51 | Leadership Development Program, World Headquarters Chicago IL, November 2012, given to Matthew Schneider | Chicago | | | | X | | | | | | | | | X | | | | | | | | | |
| 52 | Supervisor Airport Operations Ramp Service, Dulles, Aug 2013, given to Marcello Merlin | Dulles | | | | X | | | | | | | | | X | | | | | | | | | |
| 53 | Global Services, [location not identified, implied Dulles Airport], January 2013, given to John Connor | Dulles | | | | X | | | | | | | | | X | | | | | | | | | |
| | TOTALS: | | 49 | 43 | 48 | 4 | 48 | 48 | 43 | 43 | 43 | 48 | 48 | 43 | 4 | 43 | 48 | 48 | 43 | 48 | 49 | 43 | 48 | 43 |
| | Plaintiffs who plead at least 43 identical special assignments under Section 1981, Title VII, and/or FEHA: | 20 | | | | | | | | | | | | | | | | | | | | | | | |
| | Plaintiffs who plead a total of 48 identical special assignments under Section 1981, Title VII, and/or FEHA: | 11 | | | | | | | | | | | | | | | | | | | | | | | |
| | Plaintiffs who plead a total of 4 identical special assignments under Section 1981, Title VII, and/or FEHA: | 2 | | | | | | | | | | | | | | | | | | | | | | | |
| | Plaintiffs who plead additional special assignments: | 2 | | | | | | | | | | | | | | | | | | | | | | | |

**COLOR KEY**

**Orange:** Represents special assignments allegedly denied in violation of Title VII. (Some of these special assignments are also alleged under Section 1981 and/or FEHA).

**Yellow:** Represents special assignments allegedly denied in violation of Section 1981 and/or FEHA, but not Title VII.

# EXHIBIT B

*Johnson v. United Airlines 3:12 –cv-02370-VC, and related cases*

**COMPARISON OF UNPOSTED POSITIONS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981 OR TITLE VII**

| NO. | UNPOSTED POSITIONS (as alleged in 5AC under Section 1981 or Title VII) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTS. | JOHN | JOHNS. | JONES | MANS. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Flight Operations Duty Manager, Northeast Region, 2011, given to Marty Neary | Northeast Region | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 2 | Flight Operations Duty Manager, Northeast Region, Aug 2011, given to Johnie Quinn | Northeast Region | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 3 | Assistant Chief Pilot, Dulles International Airport, 2011, given to Rich Parella | Dulles | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 4 | Director of Pilot Recruitment & Development, Denver CO, 2011, given to Marc Champion | Denver | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 5 | 767 Fleet Standards Captain, Denver CO, 2011, given to Jeffrey De Paolis | Denver | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 6 | Flight Operations Duty Manager, Dulles International Airport, 2012, given to Lawrence Panetta | Dulles | X | X | X |  | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X |
| 7 | Chief Pilot, Dulles to SFO, 2008, given to Allan Twigg | Dulles | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 8 | Acting Chief Pilot, SFO, 2008, given to Jim Barnes | San Francisco | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 9 | Acting Chief Pilot, LAX, 2008, given to Tad Gordon #706 | Los Angeles | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 10 | Flight Operations Duty Manager, LAX, 2008, given to Alberto Diaz | Los Angeles |  |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 11 | Assistant Chief Pilot, SFO, 2009, given to Curt Hughes | San Francisco | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 12 | Director of Safety and Security, Chicago IL, Nov 2009, given to Claudia Gerstle | Chicago | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 13 | Chief Pilot, SFO, 2010, given to Andy Allen | San Francisco | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 14 | Assistant Chief Pilot, Chicago IL, 2010, given to James Barnes | Chicago | X |  | X |  | X | X |  |  |  | X | X |  |  |  | X | X |  | X | X |  | X |  |
| 15 | Leadership Development, Dulles, June 2011, given to Barbara Cobb | Dulles |  |  |  | X |  |  |  |  |  |  |  |  | X |  |  |  |  |  |  |  |  |  |

COMPARISON OF UNPOSTED POSITIONS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981 OR TITLE VII

| NO. | UNPOSTED POSITIONS (as alleged in 5AC under Section 1981 or Title VII) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTS. | JOHN | JOHNS. | JONES | MANS. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | General Manager, Harrisburg Airport, Sept 2011, given to Barbara Cobb | Harrisburg, PA | | | | X | | | | | | | | | X | | | | | | | | | |
| 17 | Assistant Chief Pilot, Washington, 2011, given to Rich Parella (John 5AC ¶ 35) | Washington | | | | | | | X | | | | | | | | | | | | | | | |
| 18 | Director of Pilot Recruitment & Development, Denver, CO, 2011, given to Marc Champion (John 5AC ¶ 61) | Denver | | | | | | | X | | | | | | | | | | | | | | | |
| | TOTALS: | | 14 | 6 | 14 | 2 | 14 | 14 | 8 | 6 | 6 | 14 | 14 | 6 | 2 | 6 | 14 | 14 | 6 | 14 | 14 | 6 | 14 | 6 |
| | Plaintiffs who plead at least 6 identical unposted positions under Title VII or Section 1981: | 20 | | | | | | | | | | | | | | | | | | | | | | |
| | Plaintiffs who plead a total of 14 identical unposted positions under Title VII or Section 1981: | 11 | | | | | | | | | | | | | | | | | | | | | | |
| | Plaintiffs who plead a total of 2 identical unposted positions under Title VII or Section 1981: | 2 | | | | | | | | | | | | | | | | | | | | | | |
| | Plaintiffs who allege additional unposted positions under Title VII or Section 1981: | 1 | | | | | | | | | | | | | | | | | | | | | | |

**COLOR KEY**

**Orange:** Represents unposted positions allegedly denied in violation of Title VII. (Some of these unposted positions are also alleged under Section 1981).

**Yellow:** Represents unposted positions allegedly denied in violation of Section 1981, but not Title VII.

EXHIBIT B, PAGE 34

# EXHIBIT C

Johnson v. United Airlines 3:12-cv-02730-VC, and related cases
COMPARISON OF POSTED POSITIONS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | POSTED POSITION (as alleged in 5AC* under Section 1981, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTSF. | JOHN | JOHNS. | JONES | MANSW. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Line Check Airman - Houston - 2010 | Houston | X | | | | | | | | | | | | | | | | | | | | | |
| 2 | Line Check Airman - Houston - 2012 | Houston | X | | | | | | | | | | | | | | | | | | | | | |
| 3 | 767 Pilot Instructor - Denver, CO, 12/2010 - 10/2011 | Denver | | X | | | | | | | | | | | | | | | | | | | | |
| 4 | A320 Temporary Job Share Standards Captain - Denver, CO, 12/2010 - 10/2011 | Denver | | X | | | | | | | | | | | | | | | | | | | | |
| 5 | Assistant Chief Pilot - DEN/LAX, 12/2010 - 10/2011 | Denver/Los Angeles | | X | | | | | | | | | | | | | | | | | | | | |
| 6 | Assistant Chief Pilot - SFO/SEA, 12/2010 - 10/2011 | San Francisco/Seattle | | X | | | | | | | | | | | | | | | | | | | | |
| 7 | Assistant Chief Pilot - IAD/JFK, 12/2010 - 10/2011 | Dulles/New York | | X | | | | | | | | | | | | | | | | | | | | |
| 8 | Director of Flight Operations - Chicago, IL, 12/2010 - 10/2011 | Chicago | | X | | | | | | | | | | | | | | | | | | | | |
| 9 | Domestic Flight Operations -Senior Manager - Chicago, IL, 12/2010 - 10/2011 | Chicago | | X | | | | | | | | | | | | | | | | | | | | |
| 10 | International Flight Operations - Senior Manager - Chicago, IL, 12/2010 - 10/2011 | Chicago | | X | | | | | | | | | | | | | | | | | | | | |
| 11 | Managing Director - Flight Operations - Chicago, IL, 12/2010 - 10/2011 | Chicago | | X | | | | | | | | | | | | | | | | | | | | |
| 12 | Managing Director - Flight Training - Denver, CO, 12/2010 - 10/2011 | Denver | | X | | | | | | | | | | | | | | | | | | | | |
| 13 | Managing Director - System Chief Pilot - Chicago, IL, 12/2010 - 10/2011 | Chicago | | X | | | | | | | | | | | | | | | | | | | | |
| 14 | Managing Director - Technology and Flight Test - Chicago, IL, 12/2010 - 10/2011 | Chicago | | X | | | | | | | | | | | | | | | | | | | | |
| 15 | A320 Standards Captain - Denver, CO, 12/2010 - 10/2011 | Denver | | X | | | | | | | | | | | | | | | | | | | | |
| 16 | 767 Standards Captain - Denver, CO, 12/2010 - 10/2011 | Denver | | X | | | | | | | | | | | | | | | | | | | | |
| 17 | Manager of Airport Operations, Newark, NJ, 2011 | Newark | | | | X | | | | | | | | | | | | | | | | | | |
| 18 | Line Check Airman - Instructor Pilot - San Francisco - February 2009 | San Francisco | | | | | | X | | | | | | | | | | | | | | | | |
| 19 | Managing Director - Pilot Contract Administration - Flight Operations, Chicago, IL, 2/4/2011, received by Mark Seeby | Chicago | | | | | | | | | | | | | | X | | | | | | | | |
| 20 | Senior Manager - Fleet Standards - 737, IAH, 04/18/2011, received by Michael Zadrowski | Houston | | | | | | | | | | | | | | X | | | | | | | | |
| 21 | Senior Manager - Fleet Standards - 757/767 - DEN, 04/18/2011, received by Stephen Williams | Denver | | | | | | | | | | | | | | X | | | | | | | | |
| 22 | Senior Manager - Fleet Standards - 747 - DEN, 04/18/2011, received by Dean McDavid | Denver | | | | | | | | | | | | | | X | | | | | | | | |

EXHIBIT C, PAGE 36

Case 1:16-cv-01012-AJT-TCB   Document 15-1   Filed 04/02/15   Page 11 of 16 PageID# 317

Johnson v. United Airlines 3:12-cv-02570-VC, and related cases
COMPARISON OF POSTED POSITIONS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | POSTED POSITION (as alleged in 5AC* under Section 1981, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTSF. | JOHN | JOHNS. | JONES | MANSW. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | Senior Manager - Fleet Standards - 777/787 - DEN, 04/18/2011, received by Gary Peterson | Denver | | | | | | | X | | | | | | | | | | | | | | | | |
| 24 | Senior Manager - Fleet Training - 747/777/787 - DEN, 04/18/2011, received by Charlie Oliver | Denver | | | | | | | X | | | | | | | | | | | | | | | | |
| 25 | Senior Manager - Fleet Training - 757/767 - DEN, 04/18/2011, received by David Tornabene | Denver | | | | | | | X | | | | | | | | | | | | | | | | |
| 26 | Senior Manager - Fleet Training - A320 - DEN, 04/18/2011, received by Carol Cameron White | Denver | | | | | | | X | | | | | | | | | | | | | | | | |
| 27 | Senior Manager - Fleet Standards - A320 - DEN, 04/18/2011, received by Emil Lassen | Denver | | | | | | | X | | | | | | | | | | | | | | | | |
| 28 | Senior Manager - Fleet Standards - 787 - IAH, 12/08/2011, received by Dave Lundy | Houston | | | | | | | X | | | | | | | | | | | | | | | | |
| 29 | Assistant Chief Pilot - Washington, 6/15/2011, received by Chris Bird | Washington | | | | | | | X | | | | | | | | | | | | | | | | |
| 30 | Assistant Chief Pilot - Chicago, 6/15/2011, received by Cal Bagby | Chicago | | | | | | | X | | | | | | | | | | | | | | | | |
| 31 | Assistant Chief Pilot - Chicago, 6/15/2011, received by Chris Bales | Chicago | | | | | | | X | | | | | | | | | | | | | | | | |
| 32 | Assistant Chief Pilot - Chicago, 6/15/2011, received by Jim Barnes | Chicago | | | | | | | X | | | | | | | | | | | | | | | | |
| 33 | Assistant Chief Pilot - Chicago, 6/15/2011, received by Jeff Bayless | Chicago | | | | | | | X | | | | | | | | | | | | | | | | |
| 34 | Line Training Manager - 737 IAH/DEN, 6/20/2011, received by John Bauer | Houston/Denver | | | | | | | X | | | | | | | | | | | | | | | | |
| 35 | Line Training Manager - 747 DEN, 6/20/2011, received by Tom Spratt | Denver | | | | | | | X | | | | | | | | | | | | | | | | |
| 36 | Line Training Manager - 777/787 DEN/IAH, 6/20/2011, received by Troy Maddox | Denver/Houston | | | | | | | X | | | | | | | | | | | | | | | | |
| 37 | Line Training Manager - A320 DEN, 6/20/2011, received by Ron Davis | Denver | | | | | | | X | | | | | | | | | | | | | | | | |
| 38 | Flight Operations Duty Manager - EWR, 7/22/2011, received by Scott Klein | Newark | | | | | | | X | | | | | | | | | | | | | | | | |
| 39 | Flight Operations Duty Manager - EWR, 7/30/2012, received by Richard Howard | Newark | | | | | | | X | | | | | | | | | | | | | | | | |
| 40 | Flight Operations Duty Manager - WHQ, 7/22/2011, received by Mo Morsey | Chicago | | | | | | | X | | | | | | | | | | | | | | | | |
| 41 | Flight Operations Duty Manager - IAD, 7/30/2012, received by Martin Neary | Dulles | | | | | | | X | | | | | | | | | | | | | | | | |
| 42 | Flight Operations Duty Manager - IAD, 7/22/2011, received by John Quinn | Dulles | | | | | | | X | | | | | | | | | | | | | | | | |

*Johnson v. United Airlines 3:12-cv-02370-VC, and related cases*
COMPARISON OF POSTED POSITIONS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | POSTED POSITION (as alleged in 5AC* under Section 1981, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTSF. | JOHN | JOHNS. | JONES | MANSW. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Flight Operations Duty Manager - IAD, 7/22/2011, received by Michael Weber | Dulles | | | | | | | X | | | | | | | | | | | | | | | |
| 44 | Flight Operations Duty Manager - ORD, 7/30/2012, received by Jim Sasser | Chicago | | | | | | | X | | | | | | | | | | | | | | | |
| 45 | Flight Operations Duty Manager - ORD, 7/30/2012, received by Kevin Harrigan | Chicago | | | | | | | X | | | | | | | | | | | | | | | |
| 46 | Flight Operations Duty Manager - DEN, 7/22/2011, received by Clark Clodfelder | Denver | | | | | | | X | | | | | | | | | | | | | | | |
| 47 | Flight Operations Duty Manager - DEN, 7/30/2012, received by Rob Pikowski | Denver | | | | | | | X | | | | | | | | | | | | | | | |
| 48 | Flight Operations Duty Manager - IAH, 7/30/2012, received by Laszlo Horanyi | Houston | | | | | | | X | | | | | | | | | | | | | | | |
| 49 | Flight Operations Duty Manager - IAH, 7/22/2011, received by Dave Sambrano | Houston | | | | | | | X | | | | | | | | | | | | | | | |
| 50 | Director - Flight Training Support, Denver, CO, 9/6/2011, received by Mike McCasky | Denver | | | | | | | X | | | | | | | | | | | | | | | |
| 51 | Assistant Chief Pilot - Washington, 1/16/2012, received by Omar Garcia | Washington | | | | | | | X | | | | | | | | | | | | | | | |
| 52 | Flight Ops Leadership Development Associate, in Newark NJ, Denver CO, and Chicago IL, 4/2/2012, received by Carol Difeo | Newark, Denver, Chicago | | | | | | | X | | | | | | | | | | | | | | | |
| 53 | Flight Ops Leadership Development Associate, in Newark NJ, Denver CO, Chicago IL, 4/2/2012, received by Robert Fuschino | Newark, Denver, Chicago | | | | | | | X | | | | | | | | | | | | | | | |
| 54 | Job Share Standards Capt A320, Denver CO, 3/30/2012, received by Darius Pirzadeh | Denver | | | | | | | X | | | | | | | | | | | | | | | |
| 55 | Program Manager - Flt Ops fleet Trng B787, Houston, TX, 10/19/2012, received by Lynn Nelson | Houston | | | | | | | X | | | | | | | | | | | | | | | |
| 56 | Assistant Chief Pilot - Denver, 1/16/2012, received by Bob Early | Denver | | | | | | | X | | | | | | | | | | | | | | | |
| 57 | Chief Pilot - Newark, 10/3/2011, received by Mike Bowers | Newark | | | | | | | X | | | | | | | | | | | | | | | |
| 58 | Standards Captain - B767, Denver CO, 9/19/2011, received by Jeffrey De Paolis | Denver | | | | | | | X | | | | | | | | | | | | | | | |
| 59 | Senior Manager Intl Flight Operations, Chicago, IL, 6/14/2011, received by Andy Jost | Chicago | | | | | | | X | | | | | | | | | | | | | | | |
| 60 | Senior Manager Domestic Flight Operations, Chicago, IL, 6/14/2011, received by James C. White | Chicago | | | | | | | X | | | | | | | | | | | | | | | |

EXHIBIT C, PAGE 38

COMPARISON OF POSTED POSITIONS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | POSTED POSITION (as alleged in 5AC* under Section 1981, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTSF. | JOHN | JOHNS. | JONES | MANSW. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Line Check Airman A320 - JFK, 8/25/2011, received by Jeffrey Barath | New York | | | | | | | X | | | | | | | | | | | | | | | | |
| 62 | Senior Manager - Fleet Standards - 787 - Houston, TX, December 2011 applied, interviewed in February 2012, received by Dave Lundy | Houston | | | | | | | | X | | | | | | | | | | | | | | | |
| 63 | Senior Staff Representative Quality Assurance Audit Regulatory Compliance & FAA Liaison - Chicago, IL, 03/02/2012, received by Darwin West | Chicago | | | | | | | | | X | | | | | | | | | | | | | | |
| 64 | Standards Captain - B767 promotion - Denver, 09/24/2011, received by Michael Carpenter | Denver | | | | | | | | | X | | | | | | | | | | | | | | |
| 65 | Temporary Job Share Standards Captain B767, Denver CO, 09/24/2011, received by Van Pinter and Paul Swanson | Denver | | | | | | | | | X | | | | | | | | | | | | | | |
| 66 | Investigator - Flight Safety - Chicago, 09/19/2011, received by Steven Cloud and Thomas Sully | Chicago | | | | | | | | | X | | | | | | | | | | | | | | |
| 67 | Supervisor - Airport Operations Cargo - ATL, 07/05/2011, received by George Cartwright | Atlanta | | | | | | | | | X | | | | | | | | | | | | | | |
| 68 | Flight Operations Duty Manager - SFO, 06/27/2011, received by Jenifer Duce | San Francisco | | | | | | | | | X | | | | | | | | | | | | | | |
| 69 | Flight Operations Duty Manager - IAD, 06/27/2011, received by Martin Near and John Quinn | Dulles | | | | | | | | | X | | | | | | | | | | | | | | |
| 70 | Director - Domestic Flight Operations - Chicago, 06/17/2011, received by Rulon Starley | Chicago | | | | | | | | | X | | | | | | | | | | | | | | |
| 71 | Assistant Chief Pilot - Captain - United - SFO/SEA, 06/17/2011, received by James Bell, Michael Coyle, and Tad Gordon | San Francisco/Seattle | | | | | | | | | X | | | | | | | | | | | | | | |
| 72 | Assistant Chief Pilot - Captain - United - DEN/LAX, 06/17/2011, received by Alberto Diaz | Denver/Los Angeles | | | | | | | | | X | | | | | | | | | | | | | | |
| 73 | Job Share Assistant Chief Pilot - United - IAD, 06/17/2011, received by Laura Logan, Christopher Dird, and Omar Garcia | Dulles | | | | | | | | | X | | | | | | | | | | | | | | |
| 74 | Manager - Flight Operations Safety Management, Chicago IL, 06/12/2011, received by Jeffrey Greenman | Chicago | | | | | | | | | X | | | | | | | | | | | | | | |
| 75 | Manager - Flight Operations Regulatory Compliance, Chicago IL, 04/29/2011, received by Darwin West | Chicago | | | | | | | | | X | | | | | | | | | | | | | | |

Case 1:16-cv-01012-AJT-TCB   Document 15-1   Filed 04/02/15   Page 14 of 16 PageID# 320

Johnson v. United Airlines 3:12-cv-02570-VC, and related cases
COMPARISON OF POSTED POSITIONS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | POSTED POSITION (as alleged in 5AC* under Section 1981, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTSF. | JOHN | JOHNS. | JONES | MANSW. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | Project Manager - Flight Operations Technician, Chicago IL, 04/29/2011, received by Jon Merritt | Chicago | | | | | | | | | X | | | | | | | | | | | | | |
| 77 | Directors of Diversity - Houston TX, 03/01/2011, received by Diedra Fontaine | Houston | | | | | | | | | X | | | | | | | | | | | | | |
| 78 | 767/757 Line Check Airman - Dulles, May 2009, received by Mike Perun | Dulles | | | | | | | | | | X | | | | | | | | | | | | |
| 79 | Line Check Airman - B-767/757 - Dulles - February 2011, | Dulles | | | | | | | | | | X | | | | | | | | | | | | |
| 80 | Line Check Airman - Airbus 320 - Dulles | Dulles | | | | | | | | | | X | | | | | | | | | | | | |
| 81 | Director - Corporate & Community Affairs - Chicago, IL, 02/28/2011 | Chicago | | | | | | | | | | | | X | | | | | | | | | | |
| 82 | Managing Director - Pilot Contract Administration - Flight Operations - Chicago, IL (Flight Operations), 03/08/2011 | Chicago | | | | | | | | | | | | X | | | | | | | | | | |
| 83 | Manager - Flight Operations Regulatory Compliance - Chicago, IL (Flight Operations), 05/02/2011 | Chicago | | | | | | | | | | | | X | | | | | | | | | | |
| 84 | Job Share Assistant Chief Pilot - Captain - UNITED - IAD - NY-JFK (Flight Operations), 07/12/2011 | Dulles/New York | | | | | | | | | | | | X | | | | | | | | | | |
| 85 | International Flight Operations - Senior Manager - Chicago, IL (Flight Operations), 07/13/2011 | Chicago | | | | | | | | | | | | X | | | | | | | | | | |
| 86 | Domestic Flight Operations - Senior Manager - Chicago, IL (Flight Operations), 07/13/2011 | Chicago | | | | | | | | | | | | X | | | | | | | | | | |
| 87 | Area Manager - Dulles, VA, 09/2011, received by Chris Branch | Dulles | | | | | | | | | | | | | X | | | | | | | | | |
| 88 | Area Manager - Dulles, VA, 09/2011, received by Debbie St. George | Dulles | | | | | | | | | | | | | X | | | | | | | | | |
| 89 | Area Manager - Dulles, VA, 09/2011, received by Alpha Diallo | Dulles | | | | | | | | | | | | | X | | | | | | | | | |
| 90 | 767 Standards Captain - Denver - Nov. 2011 | Denver | | | | | | | | | | | | | | | | X | | | | | | |
| 91 | Sr Mgr - Fleet Training, Denver CO, 04/18/2011, received by Carol Cameron | Denver | | | | | | | | | | | | | | | | | | X | | | | |
| 92 | Sr Mgr - Fleet Standards, Denver CO, 04/18/2011, received by Emil Lassen | Denver | | | | | | | | | | | | | | | | | | X | | | | |
| 93 | Asst Chief Pilot - IAD, 04/18/2011, received by Omar Garcia | Dulles | | | | | | | | | | | | | | | | | | X | | | | |
| 94 | 320 Fleet Tech Manager, Denver CO, 06/18/2011, received by Brad Peterson | Denver | | | | | | | | | | | | | | | | | | X | | | | |

COMPARISON OF POSTED POSITIONS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | POSTED POSITION (as alleged in 5AC* under Section 1981, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTSF. | JOHN | JOHNS. | JONES | MANSW. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 778 Manager - Flight Training, Denver CO/Houston TX, 06/27/2011, received by Troy Maddox | Denver/Houston | | | | | | | | | | | | | | | | | X | | | | | |
| 96 | Flight Operations Duty Manager IAD/JFK, 07/04/2011, received by Johnie Quinn | Dulles/New York | | | | | | | | | | | | | | | | | X | | | | | |
| 97 | 737 Line Check Airman, Houston TX, May 17, 2010, received by Marty Shupp | Houston | | | | | | | | | | | | | | | | | | | X | | | |
| 98 | 737 Chief Pilot, Houston, TX, 11/16/2009, received by Tom Stivala | Houston | | | | | | | | | | | | | | | | | | | X | | | |
| 99 | 777 Flight Instructor, Houston TX, 09/29/2009, received by Jeff Pierce | Houston | | | | | | | | | | | | | | | | | | | X | | | |
| 100 | 737 Flight Instructor, Houston TX, 06/13/2011, received by David Gruss | Houston | | | | | | | | | | | | | | | | | | | X | | | |
| 101 | 737 Flight Instructor, Houston TX, 06/13/2011, received by Sara Bull | Houston | | | | | | | | | | | | | | | | | | | X | | | |
| 102 | 777 Flight Instructor, Houston TX, 06/30/2011, received by Jessica Bader | Houston | | | | | | | | | | | | | | | | | | | X | | | |
| 103 | 737 Line Check Airman, Houston TX, 08/12/2011, received by Todd Beckman | Houston | | | | | | | | | | | | | | | | | | | X | | | |
| 104 | 737 Line Check Airman, Newark NJ, 08/12/2011, received by Bryan Green | Newark | | | | | | | | | | | | | | | | | | | X | | | |
| 105 | Assistant Chief Pilot in Houston, Texas, 11/14/2011, received by Ray Sean Silvera | Houston | | | | | | | | | | | | | | | | | | | X | | | |
| 106 | 737 Flight Instructor, Houston TX, 06/16/2012, received by Chris Dowell | Houston | | | | | | | | | | | | | | | | | | | X | | | |
| 107 | 737 Line Check Airman, Houston TX, 06/16/2012, received by Bill Sabesalk | Houston | | | | | | | | | | | | | | | | | | | X | | | |
| 108 | Senior Mgr - Flight Safety Action Program and Event Review, Chicago IL, Jan. 29, 2011, received by Bob Mackay | Chicago | | | | | | | | | | | | | | | | | | | | X | | |
| 109 | Flight Operations Regulatory Compliance, Chicago IL, 4/29/11, received by John Ogard | Chicago | | | | | | | | | | | | | | | | | | | | X | | |
| 110 | Job Share Standards Captain -A320 - Denver, CO (Flight Operations), 03/29/2012 | Denver | | | | | | | | | | | | | | | | | | | | | | X |
| 111 | Flight Operations - Duty Manager - IAH (Flight Operations), 06/29/2011 | Houston | | | | | | | | | | | | | | | | | | | | | | X |
| 112 | International Flight Operations - Senior Manager - Chicago, IL (Flight Operations), 06/14/2011 | Chicago | | | | | | | | | | | | | | | | | | | | | | X |
| 113 | Senior Manager - Fleet Training - A320 - Denver, CO (Flight Operations), 04/11/2011, received by Carol Cameron and Emil Lassen | Denver | | | | | | | | | | | | | | | | | | | | | | X |
| 114 | Assistant Chief Pilot in Chicago Region, 08/2011 | Chicago | | | | | | | | | | | | | | | | | | | | | | X |

*Johnson v. United Airlines 3:12-cv-02570-VC, and related cases*

COMPARISON OF POSTED POSITIONS THAT PLAINTIFFS ALLEGE WERE DENIED IN VIOLATION OF SECTION 1981, TITLE VII, AND/OR FEHA

| NO. | POSTED POSITION (as alleged in 5AC* under Section 1981, Title VII, and/or FEHA) | LOCATION (as alleged in 5AC) | BRISC. | CROCK. | ECUNG | GADS. | HANEY | HARTSF. | JOHN | JOHNS. | JONES | MANSW. | MILL. | MINT. | MONTG. | NOBLE | PALM. | RICK. | ROANE | ROBIN. | SHERM. | TOM | WASH. | WILS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | Assistant Chief Pilot in Denver Region/Los Angeles Region, 08/2011 | Denver/Los Angeles | | | | | | | | | | | | | | | | | | | | | | X |
| 116 | Assistant Chief Pilot in Northeast Region, 08/2011 | Northeast Region | | | | | | | | | | | | | | | | | | | | | | X |
| 117 | Assistant Chief Pilot in San Francisco/Seattle Region, 08/2011 | San Francisco/Seattle | | | | | | | | | | | | | | | | | | | | | | X |
| 118 | Flight Operations Duty Manager in Houston, 08/2011 | Houston | | | | | | | | | | | | | | | | | | | | | | X |
| 119 | Flight Operations Duty Manager in San Francisco, 08/2011 | San Francisco | | | | | | | | | | | | | | | | | | | | | | X |
| | TOTALS: | | 2 | 14 | 0 | 1 | 0 | 1 | 43 | 1 | 15 | 3 | 0 | 6 | 3 | 1 | 0 | 0 | 6 | 0 | 11 | 2 | 0 | 10 |

*This chart sets forth the posted positions as alleged in each Plaintiff's 5AC, except for 1 position alleged by Sherman (Sherman 5AC ¶¶ 35, 48) and 3 positions alleged by John (John 5AC ¶¶ 53-55), for which United has no records of application by Sherman or John. Defendants do not concede that the other alleged positions are posted positions to which Plaintiffs applied, and reserve their rights to challenge Plaintiffs' claims that they applied to the positions.

**COLOR KEY**

**Orange:** Represents posted positions allegedly denied in violation of Title VII. (Some of these posted positions are also alleged under Section 1981 and/or FEHA).

**Yellow:** Represents posted positions allegedly denied in violation of Section 1981 and/or FEHA, but not Title VII.

EXHIBIT C, PAGE 42