1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   ELDRIDGE JOHNSON,                          CASE NO. 3:12-CV-02730-VC

12             Plaintiff,                        [~~PROPOSED~~] ORDER TO HAVE
                                                 **APRIL 9, 2015 CASE MANAGEMENT**
13        vs.                                    **CONFERENCE RECORDED**
                                                 AS MODIFIED
14   UNITED AIR LINES, INC.;
     CONTINENTAL AIRLINES, INC.; and             Judge:      Hon. Vince Chhabria
15   DOES 1-10,
                                                 Complaint filed:      May 29, 2012
16             Defendants.                       FAC filed:            July 20, 2012
                                                 SAC filed:            November 30, 2012
17                                               TAC filed:            May 20, 2013
                                                 Corrected TAC filed:  June 21, 2013
18                                               4AC filed:            January 3, 2014
                                                 5AC filed:            March 2, 2015
19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Related cases*:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

1        Having considered the papers and all pleadings on file and good cause appearing

2  therefore, IT IS HEREBY ORDERED that the Stipulation To Have April 9, 2015 Case

3  Management Conference Recorded is GRANTED, as follows:

4        XX    The Court will provide FTR recording services to record the Case Management

5        Conference scheduled for April 9, 2015 at 10:00 a.m.

6        All proceedings in these related cases will be recorded.

7  IT IS SO ORDERED.

8

9

10  Dated: _April 9, 2015_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA