United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>UNITED AIRLINES, INC., et al.,<br>　　　　Defendants.<br>AND COORDINATED CASES:<br>Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC | Case No. 12-cv-02730-VC<br><br>**ORDER RE FILING OF SIXTH AMENDED COMPLAINT** |

1  Tom, Lester v. United Airlines, Inc. et al.
2  3:15-cv-00466 VC
3  Crocker, Sal v. United Airlines, Inc. et al.
4  3:15-cv-00468 VC
5  Manswell, Anthony v. United Airlines, Inc.
6  et al. 3:15-cv-00469 VC
7  Minter, Karl v. United Airlines, Inc. et al.
8  3:15-cv-00470 VC
9  Washington, Erwin v. United Airlines, Inc. et
10 al. 4:15-cv-00471 VC
11 Wilson, Darryl v. United Airlines, Inc. et al.
12 3:15-cv-00472 VC
13 Sherman, Leo v. United Airlines, Inc. et al.
14 3:15-cv-00473 VC
15 Haney, Ken v. United Airlines, Inc. et al.
16 3:15-cv-00474 VC
17 John, Richard v. United Airlines, Inc. et al.
18 3:15-cv-00475 VC
19 Briscoe, Odie v. United Airlines, Inc. et al.
20 3:15-cv-00476 VC
21 Hartsfield, Terrence v. United Airlines, Inc.
22 et al. 3:15-cv-00477 VC

23

24      Notwithstanding their lawyers' failure to meet the deadline to file sixth amended
25 complaints on behalf of each plaintiff in these related cases, the plaintiffs are hereby given one
26 final opportunity to file sixth amended complaints.  The sixth amended complaint for each
27 plaintiff is due June 30, 2015.  Absent truly extraordinary circumstances (such as an impending
28 substitution of counsel) no further extension will be granted.  And the Court repeats that the

plaintiffs will not receive another chance to amend after filing their sixth amended complaints.

**IT IS SO ORDERED.**

Dated: June 24, 2015

VINCE CHHABRIA
United States District Judge