**PLAINTIFFS' ATTACHMENT "A"**

# PAUL
# HASTINGS

1(213) 683-6098
donnamelby@paulhastings.com

May 19, 2015

**VIA FACSIMILE, EMAIL AND OVERNIGHT DELIVERY**

Spencer Smith, Esq.
Dow Patten, Esq.
Smith Patten
353 Sacramento Street, Suite 1120
San Francisco, CA 94111
Facsimile: (415) 520-0104

Re:   *Johnson v. United Airlines, Inc., et al*, and related cases
      Reminder Regarding Plaintiffs' use of United's travel privileges

Dear Counsel:

We have observed that some of your clients have been attending court hearings in connection with the *Johnson* action and related cases.

As to any of your clients who are flying to San Francisco to attend the hearings, United assumes that each is doing so using tickets that he purchased at his or her own expense. We would appreciate your kind confirmation that this assumption is correct within the next 5 business days.

As you are aware, the terms of United's travel privileges specifically provide that "[a]ll travel passes and reduced-rate tickets are for leisure travel only and are not to be sold, bartered or used for personal gain or business purposes." *See* United's Working Together Guidelines, Pass Travel Guidelines.

As such, this letter serves to remind your clients that they may not use travel privileges to attend court hearings in *Johnson* or its related cases, or to participate in or pursue any litigation related activities. We trust that you will promptly communicate this reminder to each client you represent in litigation against United.

Thank you for your attention to this important detail.

Sincerely,

*[signature]*

Donna M. Melby
of PAUL HASTINGS LLP