United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON,
Plaintiff,
v.

UNITED AIRLINES, INC., et al.,
Defendants.

AND COORDINATED CASES:
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

Case No. 12-cv-02730-VC

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**

Re: Dkt. No. 194

1  The motion for a protective order is granted.  It is obvious that these cases will require the
2  exchange of material whose contents must be kept confidential.  Indeed, the plaintiffs have already
3  sought discovery of the contents of the personnel files of United employees.  The defendants are
4  directed to submit proposed orders in each of the coordinated cases based on the Northern District
5  of California's model protective order, with the only change being the addition of the "attorneys'
6  eyes only" designation they've proposed.  The parties are ordered to meet and confer about
7  categories of documents and other discovery materials that may be shared between cases and
8  submit a stipulation by August 27.  The plaintiffs may file a supplemental brief, not to exceed 5
9  pages, in response to the court's order to show cause by August 20.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____
VINCE CHHABRIA
United States District Judge