1

2

3

4           UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT OF CALIFORNIA

6

7    ELDRIDGE JOHNSON,
     Plaintiff,                                    Case No.  12-cv-02730-VC
     v.
8
     UNITED AIRLINES, INC., et al.,
9    Defendants.                                   **ORDER RE DEPOSITION SCHEDULE**
     AND COORDINATED CASES:
10   Miller, Leon v. United Airlines, Inc. et al.
     3:15-cv-00457 VC
11   Palmer, Xavier v. United Airlines, Inc. et al.
     3:15-cv-00458 VC
12   Noble, Paul C. v. United Airlines, Inc. et al.
     3:15-cv-00461 VC
13   Jones Jr., Johnnie E. v. United Airlines, Inc.
     et al. 3:15-cv-00462 VC
14   Roane, Glen v. United Airlines, Inc. et al.
     3:15-cv-00464 VC
15   Ricketts, David v. United Airlines, Inc. et al.
     3:15-cv-00465 VC
16   Tom, Lester v. United Airlines, Inc. et al.
     3:15-cv-00466 VC
17   Crocker, Sal v. United Airlines, Inc. et al.
     3:15-cv-00468 VC
18   Manswell, Anthony v. United Airlines, Inc.
     et al. 3:15-cv-00469 VC
19   Minter, Karl v. United Airlines, Inc. et al.
     3:15-cv-00470 VC
20   Washington, Erwin v. United Airlines, Inc. et
     al. 4:15-cv-00471 VC
21   Wilson, Darryl v. United Airlines, Inc. et al.
     3:15-cv-00472 VC
22   Sherman, Leo v. United Airlines, Inc. et al.
     3:15-cv-00473 VC
23   Haney, Ken v. United Airlines, Inc. et al.
     3:15-cv-00474 VC
24   John, Richard v. United Airlines, Inc. et al.
     3:15-cv-00475 VC
25   Briscoe, Odie v. United Airlines, Inc. et al.
     3:15-cv-00476 VC
26   Hartsfield, Terrence v. United Airlines, Inc.
     et al. 3:15-cv-00477 VC
27

28

United States District Court
Northern District of California

1    In these coordinated cases, several plaintiffs have failed to appear, or announced that they

2  would not appear, for their depositions.  As a result, during the September 10, 2015 hearing, the

3  Court ordered counsel for the parties to agree on deposition dates for each plaintiff in these

4  coordinated cases, and to provide the Court with those dates on the record.  They have now done

5  so, and it is now the order of the Court that each plaintiff appear for his deposition on the dates

6  provided by counsel on the record at the hearing.  The failure by any plaintiff to appear for his

7  deposition on the agreed-upon dates will result in dismissal of his case for failure to prosecute.

8    The parties may not change these dates on their own.  In the event the parties wish to

9  change a deposition date, they must submit a stipulated request for permission from the Court to

10  change the date.  The Court will only grant such a request upon a showing of extraordinary

11  circumstances.

12

13    **IT IS SO ORDERED.**

14  Dated: September 11, 2015

15  _____

VINCE CHHABRIA
16  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2