UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC<br>Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC | Case No. 12-cv-02730-VC<br><br>**ORDER** |

The following memorializes the key points and key deadlines stemming from today's case management conference:

The final sentence of Paragraph 29 of the Seventh Amended Complaints in the Haney and Hartsfield cases are stricken.

The motions to dismiss the Seventh Amended Complaints in the Haney and Hartsfield cases are denied. The court will issue a written order explaining its reasoning.

The deadline to complete initial disclosures in the Haney and Hartsfield cases is December 21, 2015.

In the remaining cases, the plaintiffs' requests to amend their complaints yet again are granted, for the reasons stated on the record at the case management conference. The deadline to file amended complaints is January 8, 2016. The deadline to respond to these amended complaints (by filing an answer, a motion to dismiss, a motion to strike, or some combination thereof) is February 8, 2016. The oppositions to any motion to dismiss or motion to strike is due February 19, 2016. Any replies are due February 26, 2016. A hearing will take place on these motions on March 10, 2016 at 10:00 a.m. If the defendants wish to move to dismiss these amended complaints on the same grounds as those asserted in support of the motions to dismiss the Haney and Hartsfield complaints, they may do so in a one-sentence motion designed to preserve their rights.

At the next case management conference, the parties should be prepared to set a schedule for the adjudication of any motions to transfer that the defendants wish to file.

**IT IS SO ORDERED.**

Dated: December 2, 2015

_____
VINCE CHHABRIA
United States District Judge