IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |
|---|---|
| KARL MINTER | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) C.A. No. 1:16cv01012 (AJT/TCB) |
| v. | ) |
|  | ) |
| UNITED AIRLINES, INC., *et al.* | ) |
|  | ) |
| Defendants. | ) |

### ORDER

Plaintiff Karl Minter ("Mr. Minter"), having moved this Court for entry of an Order allowing Plaintiff to take the deposition of Walt Clark outside of the discovery cut-off; and upon consideration of the papers submitted in this matter, and representations made by counsel that this Motion is unopposed, it is hereby

**ORDERED** that counsel for Defendants shall inform Plaintiff as the earliest date possible as to when Mr. Clark is prepared to move forward with his deposition; and it is further

**ORDERED** that the parties shall schedule the deposition of Walt Clark to take place on the earliest possible date after being informed of Mr. Clark's ability to be deposed.

**SO ORDERED.**

DATE: 1/17/17

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa Carroll Buchanan
United States District Court Magistrate Judge