## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **Karl Minter** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 1:16-cv-01012-AJT-TCB |
| | ) |
| | ) |
| **Inc. United Air Lines, et al.** | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

Pursuant to the order of this Court entered on March 24, 2017 and in accordance with

Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants

Inc. United Air Lines and Inc. Continental Airlines and against the plaintiff Karl Minter.


FERNANDO GALINDO, CLERK OF COURT


By:_____/s/_____
           G. Walker
           Deputy Clerk


Dated: March 27, 2017
Alexandria, Virginia